WHATLEY KALLAS, LLP
Edith M. Kallas (Admitted *Pro Hac Vice*)
ekallas@whatleykallas.com
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060/ Fax: (800) 922-4851

Alan M. Mansfield (Of Counsel, SBN: 125998)
amansfield@whatleykallas.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (619) 308-5034/ Fax: (855) 274-1888

CONSUMER WATCHDOG
Harvey Rosenfield (SBN: 123082)
Harvey@consumerwatchdog.org
Pamela Pressley (SBN: 180362)
pam@consumerwatchdog.org
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522/ Fax: (310) 392-8874

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN DOE ONE, JOHN DOE TWO, and JOHN DOE THREE, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**AETNA, INC.; AETNA HEALTHCARE, INC.; AETNA SPECIALTY PHARMACY, LLC; and DOES 1-10, inclusive,**<br><br>**Defendants.** | Case No. **14-cv-02986-LAB (DHB)**<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Larry A. Burns<br>Trial Date: Not Set<br><br>**Complaint Filed: December 19, 2014** |

WHEREAS, on December 19, 2014, Plaintiff John Doe One filed an action entitled *John Doe One v. Aetna, Inc.; Aetna HealthCare, Inc., and Aetna Specialty Pharmacy, LLC*, Case No. 14-cv-02986-LAB (DHB) (the "Action"), which was

-1-

1  amended on May 8, 2015 to add John Doe Two and John Doe Three, which was assigned to the Honorable Larry A. Burns of the Southern District of California (the "Court");

WHEREAS, based on a recently agreed to settlement that provides for notice to current members of the ability to obtain most HIV Medications through a retail pharmacist and an offer of reimbursement to members for certain direct out-of-pocket expenses, the Parties have concluded that the claims asserted in this Action should no longer be prosecuted on a class-wide basis;

WHEREAS, without any admission of liability on the part of either party, the parties desire to avoid continued litigation of any remaining claims for relief;

WHEREAS, no class has been certified and no motion for class certification is pending;

NOW THEREFORE,

In recognition of the foregoing, the parties stipulate that subject to the terms of the Parties' Settlement Agreement, Plaintiffs' individual claims in the above-entitled Action will and hereby are voluntarily dismissed with prejudice, and that the claims of all other persons will and hereby are voluntarily dismissed without prejudice, against Defendants pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

**Filer's Attestation**:  Pursuant to this Court's Policies and Procedures Manual, section 4, Alan M. Mansfield hereby certifies that concurrence in the filing of this document has been obtained from all signatories.

/s/ Alan M. Mansfield

Dated: March 3, 2017    Respectfully submitted,

**WHATLEY KALLAS, LLP**

By: /S/Alan M. Mansfield
Alan M. Mansfield (SBN 125998)
(Of Counsel)

-2-

16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (619) 308-5034
Fax: (855) 274-1888
amansfield@whatleykallas.com

Edith M. Kallas (Admitted *Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851
ekallas@whatleykallas.com

**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN: 123082)
Pamela Pressley (SBN: 180362)
Jerry Flanagan (SBN: 271272)
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522
Fax: (310) 392-8874
harvey@consumerwatchdog.org
pam@consumerwatchdog.org
jerry@consumerwatchdog.org

*Attorneys for Plaintiffs*

Dated: March 3, 2017         GIBSON, DUNN & CRUTCHER, LLP

By:   /s/ Heather L. Richardson
          Heather L. Richardson (SBN 246517)
Richard J. Doren
Lauren M. Blas
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520
hrichardson@gibsondunn.com
rdoren@gibsondunn.com
lblas@gibsondunn.com

Attorneys for Defendants AETNA, INC.;
AETNA HEALTHCARE, INC.; and
AETNA SPECIALTY PHARMACY, LLC