# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE et al., | CASE NO. 14cv2986-LAB (DHB) |
| Plaintiffs, | **ORDER GRANTING DISMISSAL** |
| vs. | |
| AETNA, INC. et al., | |
| Defendants. | |

The joint motion to dismiss is granted. Fed. R. Civ. P. 41. The clerk shall close the case.

**IT IS SO ORDERED.**

DATED: 3/6/17

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge